```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20661
    VALERIE JORDAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8036

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/05/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED              1500.00          3.48        131.27
HSBC AUTO FINANCE          SECURED VEHIC        3800.00         28.27        373.08
HSBC AUTO FINANCE          UNSECURED         NOT FILED           .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG          .00            .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE          .00            .00           .00
VILLAGE OF PARK FOREST     SECURED               589.85          1.86         52.48
COMED                      UNSECURED         NOT FILED           .00           .00
NICOR GAS                  UNSECURED         NOT FILED           .00           .00
RENTWAY                    UNSECURED         NOT FILED           .00           .00
WELLS FARGO BANK           NOTICE ONLY      NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED            929.69           .00           .00
ILLINOIS DEPT OF REV       SECURED NOT I       3062.62           .00           .00
ILLINOIS DEPT OF REV       UNSECURED            956.79           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            620.98           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED            889.68           .00           .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY         2,274.00                      725.17
TOM VAUGHN                 TRUSTEE                                           114.39
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,430.00

PRIORITY                                            .00
SECURED                                          556.83
    INTEREST                                      33.61
UNSECURED                                           .00
ADMINISTRATIVE                                   725.17
TRUSTEE COMPENSATION                             114.39
DEBTOR REFUND                                       .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20661 VALERIE JORDAN
```

```
                                  ---------------    ---------------
TOTALS                                   1,430.00           1,430.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE









                              PAGE   2
          CASE NO. 07 B 20661 VALERIE JORDAN